IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL BROWN, #176137, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.  2:14-cv-739-WHA-TFM [wo] |
| GOVERNOR ROBERT BENTLEY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

On September 11, 2014, the Magistrate Judge filed a Recommendation dismissing this case without prejudice for Plaintiff's failure to file the requisite fees or to provide the court with financial information in compliance with the order of this court.  (Doc. 5).  There have been no objections filed to this Recommendation.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice.

DONE this 8th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE